**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
United States Attorney

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2761*
*fax: (973) 297-2010*

November 3, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Guachiac Guachiac v. Soto*, Civ. No. 26-10611 (RK)**
**Response to ECF No. 7**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write pursuant to the Court's Text Order, ECF No. 7. U.S. Immigration and Customs Enforcement ("ICE") informs this Office that Petitioner met his burden to establish that he has been "physically present in the United States continuously for the 2-year period immediately prior to" August 14, 2026, and therefore is ineligible for expedited removal proceedings pursuant to 8 U.S.C. § 1225(b)(1). Accordingly, ICE initiated removal proceedings under 8 U.S.C. § 1229a by issuing the Petitioner a Notice to Appear ("NTA") on October 28, 2026. *See* Ex. A ("NTA"). ICE also issued the Petitioner a Form I-286, Notice of Custody Determination, authorizing Petitioner's release on bond of $7,500. *See* Ex. B. In addition, a custody redetermination hearing before an immigration judge is scheduled for November 13, 2026. Ex. C (Notice of Hearing).

Petitioner may post the bond set by ICE or, to the extent Petitioner disagrees with ICE's bond determination, seek a custody re-determination before an immigration judge. *See* 8 U.S.C. § 1226(a); 8 C.F.R. §§ 236.1(d)(1), 1236.1(d)(1), 1003.19; *Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition). Accordingly, Petitioner is lawfully detained pursuant to 8 U.S.C. § 1226(a), has received all process due, and will be released upon posting bond. We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 11/3/26